IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARIAH MURRAY AND AMBER EVANS,
individually and on behalf of all others
similarly situated                                                                    PLAINTIFFS

V.                                              NO.  5:15-CV-5177

SILVER DOLLAR CABARET, INC.,
ET AL.                                                                                DEFENDANTS

## AMENDED FINAL SCHEDULING ORDER

IT IS HEREBY ORDERED:

**1.     TRIAL DATE**

This case is rescheduled for **JURY TRIAL** in **FAYETTEVILLE, ARKANSAS**, at the call of the

Court during the week of **June 11, 2018, beginning at 9:00 a.m.**  Counsel are directed to report to **the fifth-**

**floor Courtroom (Room 509)** at **9:00 a.m.** on the date of trial unless otherwise notified.

**2.     DISCOVERY**

The deadline for all discovery has passed.

**3.     ADDITION OF PARTIES/AMENDMENT OF PLEADINGS**

The deadline for leave to add parties or amend pleadings has passed .

**4.     MOTIONS**

The deadline for all motions, except motions in limine, has passed.  Motions in limine must be filed

on or before **May 29, 2018** and responses must be filed seven (7) days thereafter.  Each party is limited to

filing only one (1) motion in limine not to exceed 15 pages.  All motions in limine must contain a statement

that counsel has conferred with opposing counsel in good faith (see requirements for good-faith effort above)

as to each request for relief.  As to each request, the moving party should state whether the opposing party is

opposed to the Court granting the relief requested.

1

5.      **PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]**

The parties have previously filed pretrial disclosure sheets with the court.  If the parties wish to file updated pretrial disclosure sheets before the jury trial, they must  must be filed no later than **May 21, 2018**.

6.      **DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT**

The proferring party must designate the pertinent portions of a deposition to be used as evidence at trial by **May 21, 2018.**  Counter-designations must be made by **May 29, 2018.**  These designations need not be filed with the Court but should be exchanged by the parties.  Objections to any deposition or videos that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **June 1, 2018**, with the response due **June 4, 2018.**  Depositions to be read or played via video at trial must be marked as exhibits.

PLEASE BE ADVISED: These designations must be made for any and all depositions (whether video or written transcript), or any portion thereof, a party intends to introduce at trial.  A failure of the proferring party to appropriately designate a deposition, pared down to pertinent, non-extraneous portions to be used at trial, will likely result in (1) a waiver of objections to the admission of any portion of a deposition that the proferring party has designated for admission and/or (2) exclusion of the deposition, or a portion thereof, from evidence.  Likewise, a failure by any party to counter-designate any portion of a deposition will likely result in exclusion of the non-designated portion of a deposition from trial and waiver of any objection to such exclusion.  Finally, failure by either party to make timely, proper objections to a designated deposition, or any portion thereof, will likely result in a waiver of any objection that might otherwise have been made.

7.      **JURY INSTRUCTIONS AND STATEMENT OF THE CASE**

The parties must confer regarding the proposed instructions in an attempt to narrow areas of disagreement and must submit an AGREED set of instructions on specific issues in the case to the Court on or before **June 4, 2018.**  Standard instructions from AMI, Eighth Circuit, or Federal Jury Practice and Instructions (5th Edition), as applicable, should be used whenever possible and should be noted at the end of each instruction.  NOTE: DO NOT include the standard opening and closing instructions.  A party requesting an instruction that cannot be agreed upon must submit that instruction to the Court and to opposing counsel,

2

setting out the disagreement by the same date.  Instructions may be submitted in WordPerfect or Word format electronically to *pkhinfo@arwd.uscourts.gov*.

Each party must submit to the Court by that same date a concise statement of the case, no  more than one page in length, that it proposes would be proper to read to the panel of venire persons during voir dire.

**8.      INTRODUCTION OF EXHIBITS**

All exhibits must be listed on the attached form in numerical sequence.  Exhibits must be made available to all parties and reviewed by counsel prior to the trial date.  The lists must be submitted to the Courtroom Deputy at *pkhinfo@arwd.uscourts.gov* **by noon one (1) business day** before the beginning of trial. Counsel are encouraged to stipulate to the admissibility of exhibits to which there is no objection.  Any such stipulations should be noted on the exhibit list provided to the Court.  The Court will admit stipulated exhibits into evidence at the beginning of trial, and the exhibits may be used at trial without further motion by counsel.

**9.      COMMUNICATION WITH COURT ON TRIAL DATE OR SETTLEMENT**

Please communicate with Jane Ann Short, Courtroom Deputy, at 479-783-1466, or *jane_ann_short@arwd.uscourts.gov*, to ascertain your position on the calendar as the trial date approaches.  In the event of settlement, advise Ms. Short immediately.  The case will not be removed from the trial docket until an order of dismissal has been entered.

DATED:          January 26, 2018

AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK

By:   */s/ Jane Ann Short*
            Courtroom Deputy

3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

_____                                **PLAINTIFF(S)**

      **V.**                **CASE NO. _____**

_____                                **DEFENDANT(S)**

      **WITNESS LIST FOR _____**
                                     **(Plaintiff/Defendant)**

| Date | Witness Name | Via Deposition |
|------|--------------|----------------|
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |

4

| Date | Witness Name | Via Deposition |
|------|--------------|----------------|
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |
|      |              |                |

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION**

_____                                    **PLAINTIFF(S)**

   **V.**

**CASE NO. _____**

_____                                    **DEFENDANT(S)**

**EXHIBIT LIST _____**
**(Plaintiff/Defendant)**

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Rec'd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

6

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Rec'd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |