IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARIAH MURRAY and AMBER EVANS,**  **PLAINTIFFS**
**Each Individually and on Behalf of**
**All Others Similarly Situated**

vs.  No. 5:15-cv-5177-ELW

**SILVER DOLLAR CABARET, INC.; PLATINUM**  **DEFENDANTS**
**CABARET, LLC; ANTHONY F. CATROPPA;**
**ANTHONY K. CATROPPA, Each Individually**
**and as Officers and/or Directors of Silver**
**Dollar Cabaret, Inc., and as Officers and/or**
**Directors of Platinum Cabaret, LLC**

## MOTION FOR ORDER

COME NOW Plaintiffs Mariah Murray and Amber Evans ("Plaintiffs"), each individually and on behalf of all others similarly situated, by and through their attorneys Steve Rauls and Josh Sanford of the Sanford Law Firm, PLLC, and for their Motion for Order regarding the settlement of this matter state as follows:

1. On April 12, 2018, the Parties participated in a settlement conference at which they reached a confidential settlement in this matter.

2. On July 3, 2018, counsel for Defendants provided counsel for Plaintiffs with a proposed final settlement agreement.

3. The Parties exchanged several drafts of the proposed settlement agreement over the ensuing weeks. The most recent draft of the agreement created by counsel for Defendants is being submitted to the Court by email contemporaneously

with this filing. The draft agreement consists of three documents: a release on behalf of Named Plaintiff Mariah Murray in her individual capacity; a release on behalf of Named Plaintiff Amber Evans in her individual capacity; and a release on behalf of all opt-in Plaintiffs to be signed by both Named Plaintiffs.

4. Because of the confidentiality provisions in the Parties' settlement agreement, if the Court requires that the agreement be filed of record, Plaintiffs request leave to file it under seal.

5. On August 8, 2018, counsel for Plaintiffs asked counsel for Defendants to modify paragraph one of the opt-in Plaintiffs' release to replace the phrase, "We … hereby release You from any and all claims for damages, including but not limited to …" with the phrase, "We … hereby release You from any and all claims for damages *for unpaid wages*, including but not limited to…". This is the only change proposed by Plaintiffs. Defendants object to the proposed change.

6. On or around August 13, 2018, Defendants became aware that counsel for Plaintiffs had filed a lawsuit against Defendants on behalf of Mya Hill-Smith, a former dancer who did not participate in this lawsuit. W.D. Ark. Case No. 5:18-cv-5145.

7. In light of Hill-Smith's lawsuit, Defendants believe it is necessary to obtain the signatures of all opt-in Plaintiffs on the settlement agreement to extinguish any wage claims the opt-in Plaintiffs might attempt to make in conjunction with Hill-Smith's lawsuit.

8. Plaintiffs oppose any requirement that opt-in Plaintiffs sign any document as a condition of receiving their settlement payment because (1) the opt-in Plaintiffs' consents to join this lawsuit, together with the Court's approval of the settlement agreement, will bind the opt-in Plaintiffs to the agreement signed on their behalf by the

Named Plaintiffs; and (2) one court in the Western District of Arkansas recently took the position that it is unreasonable to require non-named class members to sign individual releases to obtain their share of a class settlement. *Kaup v. Baldor Electric Co.*, No. 2:17-cv-2049-PKH, ECF No. 33 (June 28, 2018) (rejecting a proposed settlement because the "proposed payment structure fails to reduce the risk that employees will not submit claim forms, leading to the employees waiving their AMWA claims, but not receiving the full compensation to which they are entitled.").

9. The Parties are at an impasse; Plaintiffs request that the Court resolve the following disputes concerning the final form of the settlement agreement:

A. Whether Paragraph 1 of the opt-in release should read as proposed by Defendants (i.e., as it reads in the draft submitted herewith) or as proposed by Plaintiffs (i.e., with the addition of the words, "for unpaid wages" as indicated in Paragraph 5 above); and

B. Whether opt-in Plaintiffs should be required to sign the release agreement as a condition of receiving their share of the settlement fund.

10. The issues raised in Paragraph 8 above are the only outstanding disagreements regarding the form of the Parties' settlement agreement. Upon resolution of those issues, Plaintiffs anticipate submitting a final proposed allocation of the settlement together with documentation in support of their request for attorneys' fees within fourteen days.

WHEREFORE, Plaintiffs respectfully request an Order of this Court stating (1) whether the Parties' final settlement agreement as to opt-in Plaintiffs should contain the words "for unpaid wages" as described in Paragraph 5 above; and (2) whether opt-in

Plaintiffs should be required to sign individual releases as a condition of receiving their shares of the settlement fund; and providing all other just and equitable relief to which the Court may find the Parties entitled.

        Respectfully submitted,

        **MARIAH MURRAY and AMBER EVANS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        ONE FINANCIAL CENTER
        650 SOUTH SHACKLEFORD, SUITE 411
        LITTLE ROCK, ARKANSAS 72211
        TELEPHONE: (501) 221-0088
        FACSIMILE: (888) 787-2040

        Steve Rauls
        Ark. Bar No. 2011170
        steve@sanfordlawfirm.com

        /s/ Josh Sanford
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

    I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing Motion was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Eric M. Bernstein, Esq.
34 Mountain Boulevard, Building A
P.O. Box 4922
Warren, New Jersey 07059-4922
Telephone: 732-805-3360
Facsimile: 732-805-3346
ebernstein@embalaw.com

        /s/ Josh Sanford
        **Josh Sanford**